UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-134(D)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER DIRECTING ENTRY |
| v. | ) OF DEFAULT JUDGMENT |
| | ) |
| LINWOOD EARL HARRIS, JR., | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the United States' Motion for Default Judgment against Defendant Linwood Earl Harris, Jr., pursuant to Federal Rule of Civil Procedure 55(b)(1).

Upon motion, request, and proper showing by the United States, and the Defendant having failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure, default has been entered against the Defendant. [D.E. 6].

Upon the United States' Motion for Default Judgment, and for the reasons explained by the government in its supporting memorandum, the Court finds that the Defendant violated the False Claims Act, and the United States is entitled to a judgment against the Defendant for treble damages of $102,888.60.

Accordingly, the Court hereby enters judgment in favor of the United States and against Defendant Linwood Earl Harris, Jr., in the amount of $102,888.60. Interest thereon after date of entry

of this judgment shall be at the legal rate.

SO ORDERED. This __10__ day of August 2018.

JAMES C. DEVER III
Chief United States District Judge