UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,      )
                                  )
           Plaintiff,      )
                                  )   **JUDGMENT IN A CIVIL CASE**
v.                              )   **CASE NO. 5:18-CV-134-D**
                                  )
LINWOOD EARL HARRIS, JR.,      )
                                  )
          Defendant.    )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby enters judgment in favor of the United States and against Defendant Linwood Earl Harris, Jr., in the amount of $102,888.60. Interest thereon after date of entry of this judgment shall be at the legal rate.

<u>**This Judgment Filed and Entered on August 10, 2018, and Copies To:**</u>

Christopher M. Anderson                    (via CM/ECF electronic notification)

DATE:                              PETER A. MOORE, JR., CLERK

August 10, 2018                       (By) <u>/s/ Nicole Sellers</u>

                                        Deputy Clerk